UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JARIBU WEBB THOMSON,

                Plaintiff,

    - against -

NEW YORK CITY TRANSIT POLICE; et al.,

                Defendants.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 0 3 2010
P.M.
TIME A.M.

**ORDER**
**08 CV 3943 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court shall hold an **initial** pre-trial telephonic conference pursuant to Fed. R. Civ. P. 16 on April 8, 2010 at 10:00 **a.m.** Defendants' counsel is requested to arrange and initiate the conference call. The Warden of MDC Brooklyn shall make plaintiff available for the telephonic conference at this **time.** After establishing contact with plaintiff, defendants' counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

                                LOIS BLOOM
                                United States Magistrate Judge

Dated: March 2, 2010
       Brooklyn, New York