FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 21 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JARIBU WEBB THOMPSON,

            Plaintiff,

    - against -

NEW YORK CITY TRANSIT POLICE;
DETECTIVE RICHARD KEANE, Shield No. 7258;
POLICE OFFICER SONER OZUK, Shield No. 29892;
POLICE OFFICER JOSEPH NAPOLITANO, Shield No. 4408;
POLICE OFFICER KEVIN CAIN, Shield No. 615;
POLICE OFFICER RALPH GONZALEZ, Shield No. 5641;
POLICE OFFICER PETER MINARCZYK, Shield No. 8264;
POLICE OFFICER JUAN SANCHEZ, Shield No. 31503;
POLICE OFFICER EUSTACE BURKE, Shield No. 1291;
POLICE OFFICER NAQUON GURLEY, Shield No. 30881;
"EMS EMPLOYEE SHIELD 7248",

            Defendants.

------------------------------------------------------------X

ORDER
08 CV 3943 (RJD)(LB)

**BLOOM, United States Magistrate Judge:**

    The record reflects that the United States Marshals Service ("USMS") served defendants Burke, Gonzalez, Gurley, Minarczyk, and Sanchez, with process in late July and/or early August 2010.[1] However, none of these five defendants have responded to the complaint. These defendants shall respond to the complaint by October 11, 2010.

SO ORDERED.

                                                          LOIS BLOOM
                                                          United States Magistrate Judge

Dated: September 20, 2010
       Brooklyn, New York

---

[1] Although proof of service has not yet been docketed for defendants Burke and Gurley, USMS records show that they were served on August 11, 2010. The return of service forms for these two defendants will be docketed shortly.